CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NOV 09 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| HENRY CHRISTIAN OLSEN, | ) | CASE NO. 7:01CV00310 |
| Petitioner, | ) | |
| v. | ) | ORDER |
| RONALD J. ANGELONE, | ) | By: Hon. Glen E Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the motion for reconsideration (ECF No. 53) is DENIED, and petitioner's motions for appointment of counsel and for leave to proceed in forma pauperis are DISMISSED as moot.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 9th day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge