CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 4 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| HENRY CHRISTIAN OLSEN, | ) | CASE NO. 7:01CV00310 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| | ) | |
| RONALD J. ANGELONE, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

By opinion and order entered in January 2002, the court dismissed this petition for a writ of habeas corpus under 28 U.S.C. § 2254, filed by Henry Christian Olsen, a Virginia inmate proceeding pro se. Olsen's appeal of that judgment was dismissed. Since then, Olsen has pursued numerous motions, seeking to have his § 2254 claims revisited. The court denied Olsen's most recent post-judgment motion in a detailed memorandum opinion and order entered in November 2015, and Olsen's appeal of that ruling was dismissed. Now, Olsen moves yet again for reconsideration of his claims, seeks a certificate of appealability from the court's January 2002 judgment, and moves for appointment of counsel.

The court denies the motion for reconsideration and certificate of appealability, because they merely restate facts and arguments already addressed in the court's prior memorandum opinion. As such, the court also denies Olsen's other motions as moot. An appropriate order will issue this day. The clerk will send a copy of this order to petitioner and to counsel of record for the respondent.

ENTER: This 14th day of July, 2016.

_____
Chief United States District Judge