CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HENRY CHRISTIAN OLSEN, | CASE NO. 7:01CV00310 |
| Petitioner, | |
| v. | ORDER |
| RONALD J. ANGELONE, | By: Hon. Glen E Conrad |
| | Chief United States District Judge |
| Respondent. | |

For the reasons stated in the accompanying memorandum opinion and in the court's prior memorandum opinion in this case in November 2015, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motions (ECF Nos. 66 and 67) are **DENIED**.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 14th day of July, 2016.

/s/ Glen E. Conrad
Chief United States District Judge