CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HENRY CHRISTIAN OLSEN, | ) | CASE NO. 7:01CV00310 |
| Petitioner, | ) | |
| v. | ) | MEMORANDUM OPINION |
| RONALD J. ANGELONE, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

By opinion and order entered in January 2002, the court dismissed this petition for a writ of habeas corpus under 28 U.S.C. § 2254, filed by Henry Christian Olsen, a Virginia inmate proceeding pro se. Olsen's appeal of that judgment was dismissed. Since then, Olsen has pursued numerous motions, seeking to have his § 2254 claims revisited. For example, the court denied one of Olsen's post-judgment motions in a detailed memorandum opinion and order entered in November 2015, and Olsen's appeal of that ruling was dismissed. Now, Olsen moves yet again for reconsideration of certain procedural default findings and witness testimony, seeks a certificate of appealability from the court's January 2002 judgment, and moves for in forma pauperis and appointment of counsel.

The court denies the motion for reconsideration and certificate of appealability, because they merely restate facts and arguments already addressed in the court's prior memorandum opinion. As such, the court also denies Olsen's other motions as moot. An appropriate order will issue this day.

ENTER: This 28th day of APRIL, 2017.

/s/ Glen E. Conrad
Chief United States District Judge