CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 13 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **HENRY CHRISTIAN OLSEN,** | ) CASE NO. 7:01CV00310 |
| Petitioner, | ) |
| v. | ) ORDER |
| **RONALD J. ANGELONE,** | ) By: Hon. Glen E Conrad |
| | ) United States District Judge |
| **Respondent.** | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion for reconsideration (ECF No. 79) is DENIED, and petitioner's motions for appointment of counsel and for leave to proceed in forma pauperis (ECF Nos. 80-81) are DISMISSED as moot.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 13th day of October, 2017.

_/s/ Glen E. Conrad_
United States District Judge