CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| HENRY CHRISTIAN OLSEN, | ) | CASE NO. 7:01CV00310 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| RONALD J. ANGELONE, | ) | By: Hon. Glen E Conrad |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motions seeking to reverse the judgment in this habeas corpus case (ECF Nos. 84 and 87) are **DENIED**, and petitioner's motions for appointment of counsel and for leave to proceed in forma pauperis (ECF Nos. 85-86) are **DISMISSED** as moot.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 27th day of February, 2018.

/s/ Glen Conrad
_____
Senior United States District Judge