CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

August 22, 2024

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HENRY CHRISTIAN OLSEN,<br>　　Petitioner, | Civil Action No. 7:01-cv-00310 |
| v. | |
| RONALD J. ANGELONE,<br>　　Respondent. | By: Elizabeth K. Dillon<br>　　Chief United States District Judge |

**ORDER**

The petitioner in this matter, Henry Christian Olsen, was convicted of two counts of aggravated sexual assault and one count of forcible sodomy in 1997 in the Circuit Court for Nelson County. He was sentenced to life imprisonment on the sodomy charge and fifteen years for each count of aggravated assault. (*See* Dkt. No. 11.) The petitioner filed this action pursuant to 28 U.S.C. § 2254 in 2001. The court denied Olsen's petition, and the denial was affirmed on appeal. In the years since, Olsen has filed numerous motions for reconsideration in this closed matter, all of which have been denied or dismissed for various reasons. (*See, e.g.*, Dkt. No. 88.) Most recently, on April 4, 2024, the court issued an order dismissing a motion to vacate the judgment as an unauthorized successive petition. (Dkt. No. 100.)

Now before the court is another motion to vacate the judgment, filed by Olsen on July 15, 2024. (Dkt. No. 101.) This motion will be dismissed for the same reasons that were articulated in the court's April 4 order. (*See* Dkt. No. 100.)

For these reasons, it is hereby ORDERED that Olsen's motion (Dkt. No. 101) is DISMISSED for lack of jurisdiction as an unauthorized successive petition. Finding that Olsen has not made a substantial showing of the denial of a constitutional right, 28 U.S.C. § 2253(c)(2),

the court also DECLINES to issue a certificate of appealability.  All other pending motions are DISMISSED as moot.

The Clerk is directed to transmit a copy of this order to Olsen.

Entered: August 22, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge